No. 412. BOYER ET AL. *v.* GARRETT ET AL. The petition for writ of certiorari to the United States Court of Appeals

for the Fourth Circuit is denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *I. Duke Avnet* for petitioners. *Allen A. Davis* for respondents.